# Exhibit 10

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | | | |
|---|---|---|---|
| PRESENT: | **HON. RICHARD LATIN** | PART | 46M |
| | *Justice* | | |

-------------------------------------------------------------------------X

J. D.

                          Plaintiff,

                     - v -

KEVIN SPACEY,

                          Defendant.

-------------------------------------------------------------------------X

| | |
|---|---|
| INDEX NO. | 159741/2023 |
| MOTION DATE | 11/15/2023 |
| MOTION SEQ. NO. | 001 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 2, 3, 4, 5, 7 were read on this motion to/for                 SEAL              .

    UPON plaintiff, J.D., submitting an Order To Show Cause pursuant to CPLR Section 6301 seeking a Temporary Restraining Order deeming Plaintiff use of the pseudonym "J.D." and the caption "J.D. v. KEVIN SPACEY";

    AND upon plaintiff presenting Affidavits of attempted service in compliance with the directives of the Court;

    AND upon defendant not submitting opposition to said Order To Show Cause and failing to appear at the hearing on November 15, 2023 at 2:00 p.m.;

    **IT IS HEREBY ORDERED** that plaintiff's application is granted to the extent that they may proceed with litigating this matter with the pseudonym "J.D." and that should the defendant object to this at a later time the Court shall consider arguments on the issue.

| | |
|---|---|
| **11/20/2023** | _RICHARD LATIN, J.S.C._ |
| DATE | RICHARD LATIN, J.S.C. |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
| --- | --- | --- | --- |
| | ☐ GRANTED ☐ DENIED | ☒ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

159741/2023   D., J. vs. SPACEY, KEVIN                                                Page 1 of 1
Motion No.  001

1 of 1