**CAITLIN ROBIN & ASSOCIATES**

30 Broad Street, Suite 702 New York, NY 10004
Tel. 646-524-6026  Fax. 929-210-7549
robinandassociates.com

Eli S. Corcos
Will Kempfer
Korman Kim
Mark Laughlin
Brandon Lynn
Caitlin Robin
Danielle Scott
Emma J. Wiegand
Dean Ying
Michael Gioia, Of Counsel
Rebecca C. Gioia, Of Counsel

December 9, 2024

**Via ECF:**
Hon. Judge Jennifer H. Rearden
United States District Court
Southern District of New York

Re: J.D v. Spacey
Case No.: 1:24-cv-08630-JHR

Your Honor:

 Our office represents the Plaintiff, J.D., in the above-referenced matter. Pursuant to Your Honor's Order dated November 30, 2024, Plaintiff is to submit their motion seeking leave to proceed under a pseudonym by December 9, 2024.

 I am one of the handling attorneys on this matter and I am currently out of office sick with the flu. I respectfully request that Your Honor extends the deadline for the motion to this Friday, December 13, 2024, to allow our office to submit the motion for leave for Plaintiff to proceed under a pseudonym.

Thank you,

_____
Emma J. Wiegand, Esq.
Caitlin Robin & Associates, PLLC
30 Broad Street, Suite 702
New York, NY 10004
(646) 524-6026
emma@robinandassociates.com