# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | | | |
|---|---|---|---|
| PRESENT: | **HON. RICHARD LATIN** | PART | 46M |
| | *Justice* | | |

-----------------------------------------------------------------------X

J. D.

                            Plaintiff,

                  - v -

KEVIN SPACEY,

                            Defendant.

-----------------------------------------------------------------------X

INDEX NO.  159741/2023

MOTION DATE  11/15/2023

MOTION SEQ. NO.  001

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 2, 3, 4, 5, 7 were read on this motion to/for                SEAL                .

UPON plaintiff, J.D., submitting an Order To Show Cause pursuant to CPLR Section 6301 seeking a Temporary Restraining Order deeming Plaintiff use of the pseudonym "J.D." and the caption "J.D. v. KEVIN SPACEY";

AND upon plaintiff presenting Affidavits of attempted service in compliance with the directives of the Court;

AND upon defendant not submitting opposition to said Order To Show Cause and failing to appear at the hearing on November 15, 2023 at 2:00 p.m.;

**IT IS HEREBY ORDERED** that plaintiff's application is granted to the extent that they may proceed with litigating this matter with the pseudonym "J.D." and that should the defendant object to this at a later time the Court shall consider arguments on the issue.

| 11/20/2023 | | *[signature]* |
|---|---|---|
| DATE | | RICHARD LATIN, J.S.C. |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☐ GRANTED  ☐ DENIED | ☒ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

159741/2023   D., J. vs. SPACEY, KEVIN
Motion No.  001

Page 1 of 1

1 of 1