UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.D.,<br><br>                       Plaintiff,<br><br>          -v.-<br><br>KEVIN SPACEY,<br><br>                       Defendant. | 24 Civ. 8630 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      On September 28, 2023, Plaintiff filed the Complaint in this action in the Supreme Court of the State of New York, County of New York. *See* ECF No. 1-1. Plaintiff removed the action to this Court on November 13, 2024. *See* ECF No. 1. On December 13, 2024, Defendant moved to dismiss the Complaint. *See* ECF No. 14. On January 15, 2025, Plaintiff filed a First Amended Complaint. *See* ECF No. 22.

      In light of the foregoing, Defendant's earlier-filed motion to dismiss the Complaint, ECF No. 14, is hereby DENIED as moot.

      The Clerk of Court is directed to terminate ECF No. 14.

      SO ORDERED.

Dated: January 17, 2025
       New York, New York

                                                      JENNIFER H. REARDEN
                                                    United States District Judge