UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.D.

Plaintiff(s)

- v -

KEVIN SPACEY

Defendant(s)

RULE 7.1 STATEMENT

1:24-cv-08630-JHR

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Plaintiff, J.D.

(a private non-governmental party or intervenor) certifies the following:

## Part I

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

No such corporations.

> As noted in the Court's order at ECF No. 26, pursuant to Federal Rule of Civil Procedure 7.1, each party "must . . . file a disclosure statement" that "name[s]—and identif[ies] the *citizenship* of— every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2) (emphasis added). "[T]he citizenship of individual human beings is determined by whether they are citizens of the United States and the state where they are *domiciled*." *RainMakers Partners LLC v. NewSpring Cap., LLC*, No. 23-899, 2024 WL 1846321, at *2 n.1 (2d Cir. Apr. 29, 2024). Plaintiff has not stated whether he is a "citizen[] of the United States." *Id.* And although Plaintiff states that he is a "Resident of New York," ECF No. 29 at 2, "a statement of the party's residence is insufficient to establish his citizenship." *Price v. Hale Glob.*, No. 24 Civ. 2826 (JMF), 2024 WL 4555942 (S.D.N.Y. Oct. 23, 2024) (cleaned up). "Instead, for purposes of diversity jurisdiction, a party's citizenship depends on his domicile." *Id.* (cleaned up). Plaintiff shall promptly file an amended 7.1 statement identifying "whether [he is a] citizen[] of the United States and the state where [he is] *domiciled*." *RainMakers Partners LLC*, 2024 WL 1846321, at *2 n.1.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: February 25, 2025

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Plaintiff, J.D. - Resident of New York

Defendant, Kevin Spacey - Resident of Maryland

2/20/25

Date

_____
Signature of Attorney

5987516
_____
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf SDNY Web 12/2022