UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.D., <br><br>       Plaintiff, <br><br>    -v.- <br><br> KEVIN SPACEY, <br><br>       Defendant. | 24 Civ. 8630 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

  For the reasons stated on the record at the April 21, 2025 conference, Plaintiff's motion for leave to proceed under a pseudonym is denied. Plaintiff shall file an amended complaint in his own name by **May 1, 2025**, or this case will be dismissed.

  The Clerk of Court is directed to terminate ECF No. 16.

  SO ORDERED.

Dated: April 23, 2025
    New York, New York

                 */s/ Jennifer H. Rearden*
                 JENNIFER H. REARDEN
                 United States District Judge