# CAITLIN ROBIN
## & ASSOCIATES

30 Broad Street, Suite 702  New York, NY 10004
Tel. 646-524-6026   Fax. 929-210-7549
robinandassociates.com

Arjeta Albani
Sarah E. Coon
Eli S. Corcos
Stephanie G. Garcia
Devon Hammer
Annabelle L. Hentz
Korman Kim
Mark Laughlin
Caitlin Robin
Isaac Shalomchaim
Dean Ying
Michael Gioia, Of Counsel

April 10, 2026

**VIA ECF**
Hon. Jennifer H. Rearden
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

   Re: **J.D. v. Kevin Spacey**
     Case No.: **24-cv-08630-JHR**

Dear Honorable Judge Rearden:

  On behalf of Plaintiff, I hereby request, with the consent of opposing counsel, that Docket Entries #57 and #58 remain under seal. The Plaintiff's notice filed as Docket #57 has been replaced with the stipulation of dismissal at Dkt. #61 in order to accurately reflect that this matter has been voluntarily dismissed.

      Respectfully,

      Caitlin Robin, Esq.
      Caitlin Robin & Associates, PLLC
      *Attorneys for Plaintiff*
      30 Broad Street, Suite 702
      New York, NY 10004
      (646) 524-6026
      caitlin@robinandassociates.com

cc: All Parties via ECF