# CAITLIN ROBIN
## & ASSOCIATES

30 Broad Street, Suite 702  New York, NY 10004
Tel. 646-524-6026  Fax. 929-210-7549
robinandassociates.com

Arjeta Albani
Sarah E. Coon
Eli S. Corcos
Stephanie G. Garcia
Devon Hammer
Annabelle L. Hentz
Korman Kim
Mark Laughlin
Caitlin Robin
Isaac Shalomchaim
Dean Ying
Michael Gioia, Of Counsel

*Application DENIED without prejudice. Pursuant to Rule 9 of the Court's Individual Rules and Practices in Civil Cases, a letter-motion "seeking leave to file a document under seal . . . should explain the reasons" for requesting such leave. Rule 9.C(ii). The instant letter-motion does not do so. The parties are reminded that "the sealing of a court filing must be narrowly tailored to serve whatever purpose justifies the redaction or sealing and must otherwise be consistent with the presumption in favor of public access to judicial documents." Rule 9.B. By **April 17, 2026**, the parties shall re-file their motion to seal in compliance with Rule 9.*

*The Clerk of Court is directed to terminate ECF No. 63.*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Dated: April 14, 2026*

April 10, 2026

**VIA ECF**
Hon. Jennifer H. Rearden
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re:   **J.D. v. Kevin Spacey**
Case No.: **24-cv-08630-JHR**

Dear Honorable Judge Rearden:

On behalf of Plaintiff, I hereby request, with the consent of opposing counsel, that Docket Entries #57 and #58 remain under seal. The Plaintiff's notice filed as Docket #57 has been replaced with the stipulation of dismissal at Dkt. #61 in order to accurately reflect that this matter has been voluntarily dismissed.

Respectfully,

Caitlin Robin, Esq.
Caitlin Robin & Associates, PLLC
*Attorneys for Plaintiff*
30 Broad Street, Suite 702
New York, NY 10004
(646) 524-6026
caitlin@robinandassociates.com

cc: All Parties via ECF