UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE DONATO | |
| Plaintiff, | |
| -v.- | |
| KEVIN SPACEY | |
| Defendant. | |

24 Civ. 08630 (JHR)

**ORDER**

JENNIFER H. REARDEN, District Judge:

On April 23, 2026, the Court directed the parties to "file a renewed motion" to seal the documents at ECF Nos. 56 and 57 "no later than **April 27, 2026**." ECF No. 65. The Court warned that, "[i]f no renewed application is received by that date, the documents will be unsealed." *Id.* No renewed application has been filed.

The Clerk of Court is directed to unseal ECF Nos. 56 and 57.

SO ORDERED.

Dated: April 28, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge